# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bade, Bridget S. | U.S. District Court, Arizona | 07/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination  Date<br>✔ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>06/30/2012 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 421
Phoenix, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Archway Classical Academy - Chandler |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011-2012 | Self-Employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ACCOUNTS | | | | | | | | | |
| 2. Arizona Central Credit Union - accounts | A | Int./Div. | K | T | Exempt | | | | |
| 3. STOCKS | | | | | | | | | |
| 4. ABT common stock | | None | J | T | Exempt | | | | |
| 5. ADBE common stock | | None | J | T | Exempt | | | | |
| 6. ADP common stock | | None | J | T | Exempt | | | | |
| 7. BAC common stock | A | Dividend | J | T | Exempt | | | | |
| 8. BDX common stock | A | Dividend | J | T | Exempt | | | | |
| 9. BRK B common stock | | None | J | T | Exempt | | | | |
| 10. C common stock | | None | J | T | Exempt | | | | |
| 11. COP common stock | A | Dividend | J | T | Exempt | | | | |
| 12. CPB common stock | | None | J | T | Exempt | | | | |
| 13. CSCO common stock | | None | J | T | Exempt | | | | |
| 14. DBO common stock | | None | J | T | Exempt | | | | |
| 15. DELL common stock | | None | J | T | Exempt | | | | |
| 16. DVN common stock | A | Dividend | J | T | Exempt | | | | |
| 17. ESRX common stock | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FTR common stock | A | Dividend | J | T | Exempt | | | | |
| 19. GD common stock | | None | J | T | Exempt | | | | |
| 20. GE common stock | | None | J | T | Exempt | | | | |
| 21. GOOG common stock | | None | J | T | Exempt | | | | |
| 22. GS common stock | A | Dividend | J | T | Exempt | | | | |
| 23. HD common stock | A | Dividend | J | T | Exempt | | | | |
| 24. IBM common stock | A | Dividend | J | T | Exempt | | | | |
| 25. INTL common stock | A | Dividend | J | T | Exempt | | | | |
| 26. JPM common stock | | None | J | | Exempt | | | | |
| 27. JNJ common stock | A | Dividend | J | T | Exempt | | | | |
| 28. KFT common stock | | None | J | T | Exempt | | | | |
| 29. KO common stock | | None | J | T | Exempt | | | | |
| 30. MCD common stock | A | Dividend | J | T | Exempt | | | | |
| 31. MDT common stock | | None | J | T | Exempt | | | | |
| 32. MMM common stock | A | Dividend | J | T | Exempt | | | | |
| 33. MO common stock | | None | J | T | Exempt | | | | |
| 34. MRK common stock | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MSFT common stock | A | Dividend | J | T | Exempt | | | | |
| 36. OMC common stock | | None | J | T | Exempt | | | | |
| 37. ORCL common stock | | None | J | T | Exempt | | | | |
| 38. PEP commom stock | A | Dividend | J | T | Exempt | | | | |
| 39. PFE common stock | A | Dividend | J | T | Exempt | | | | |
| 40. PG common stock | | None | J | T | Exempt | | | | |
| 41. PM common stock | | None | K | T | Exempt | | | | |
| 42. PSX common stock | | None | J | T | Exempt | | | | |
| 43. SYK common stock | | None | J | T | Exempt | | | | |
| 44. TSS common stock | | None | J | T | Exempt | | | | |
| 45. UTX common stock | A | Dividend | J | T | Exempt | | | | |
| 46. VAR common stock | | None | J | T | Exempt | | | | |
| 47. WMT common stock | A | Dividend | J | T | Exempt | | | | |
| 48. XCEL common stock | | None | J | T | Exempt | | | | |
| 49. MONEY MARKET ACCOUNTS | | | | | | | | | |
| 50. Baird Mny Mkt Account BSB Rollover IRA | | None | J | T | Exempt | | | | |
| 51. Baird Mny Mkt Account TWB Rollover IRA | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TDAM Municipal Portfolio Class A | A | Dividend | K | T | Exempt | | | | |
| 53. TDAM US Govt Portfolio | A | Dividend | J | T | Exempt | | | | |
| 54. ELECTRONICALLY TRADED FUNDS | | | | | | | | | |
| 55. IShares Russell 1000 Index Fund (ETF) | | None | J | T | Exempt | | | | |
| 56. MUTUAL FUNDS | | | | | | | | | |
| 57. Am Centy Target Mats TR Zero Coupon 2020 Inv (Mutual Fund) | | None | K | T | Exempt | | | | |
| 58. Am Funds Fundamental Investors F (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 59. Blackrock Funds Capital Appreciation A (Mutual Fund) | | None | J | T | Exempt | | | | |
| 60. Calamos Growth & Income FD CL A (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 61. Columbia Hi Yld Mun Fd CL Z (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 62. Cullen Value FD Hi Dvd Eq FD CL 1 (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 63. Davis FD CL A (Mutual Fund) | | None | J | T | Exempt | | | | |
| 64. Davis FD CL C (Mutual Fund) | | None | K | T | Exempt | | | | |
| 65. Fidelity Advisor Ser II Growth Oppts A (Mutual Fund) | | None | J | T | Exempt | | | | |
| 66. First Eagle Sogen FDS Inc Global FD CL 1 (Mutual Fund) | | None | K | T | Exempt | | | | |
| 67. Loomis Sayles FDS I Inflation Protected Sec Retail (Mut Fnd) | A | Dividend | J | T | Exempt | | | | |
| 68. Loomis Sayles Strat Inc FD CL Y (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FPA Crescent Portfolio (Mutual Fund) | | None | K | T | Exempt | | | | |
| 70. Manning & Napier Pro Blend Ext Term Series FD (Mutual Fund) | A | Dividend | K | T | Exempt | | | | |
| 71. Natixis Vaughan Nelson SM Cap VL-A (Mutual Fund) | | None | J | T | Exempt | | | | |
| 72. Oppenheimer Developing Mkts CL A (Mutual Fund) | | None | J | T | Exempt | | | | |
| 73. Perritt FDS Micro Cap Opportunity (Mutual Fund) | | None | J | T | Exempt | | | | |
| 74. PIMCO FDS All Asset All Authority D (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 75. PIMCO Total Return Admin (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 76. PIMCO Real Return BD FD Admin CL (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 77. PIMCO Funds Al Asset FD Inst (Mutual Fund) | A | Dividend | J | T | Exempt | | | | |
| 78. STOCK FUNDS | | | | | | | | | |
| 79. Aim Invesco Van Kampen Comstock CL C (Stock Fund) | A | Dividend | J | T | Exempt | | | | |
| 80. Blackrock S&P 500 Index Investor CL A (Stock Fund) | | None | J | T | Exempt | | | | |
| 81. Davis NY Venture CL C (Stock Fund) | | None | J | T | Exempt | | | | |
| 82. TAXABLE BOND FUNDS | | | | | | | | | |
| 83. MFS Limited Maturity CL C (Taxable Bond Fund) | A | Dividend | J | T | Exempt | | | | |
| 84. LIFE INSURANCE POLICIES | | | | | | | | | |
| 85. Northwestern Mutual Whole Life | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Northwestern Mutual Adjustable CompLife | | None | J | T | | | | | |
| 87. Northwestern Mutual Adjustable CompLife | | None | J | T | | | | | |
| 88. Northwestern Mutual Whole Life | | None | J | T | | | | | |
| 89. Northwestern Mutual 65 Life | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 07/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544